ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAR 30 AM 9:49

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| STEPHEN WEIHROUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 314-119 |
| ) | |
| CORRECTIONAL CORPORATION OF ) | |
| AMERICA; WARDEN FNU MEDLIN, ) | |
| Wheeler Correctional Facility; P.A. FNU FRY; ) | |
| and GEORGIA COMPOSITE MEDICAL ) | |
| BOARD, for Wheeler Correctional ) | |
| Facility, ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint without prejudice for failure to exhaust administrative remedies, and **CLOSES** this civil action.

SO ORDERED this ___ day of March, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE