# United States District Court
## *Southern District of Georgia*

STEPHEN WEIHROUCH,

    Plaintiff,

## JUDGMENT IN A CIVIL CASE

                V.

CASE NUMBER: CV314-119

CORRECTIONAL CORPORATION OF AMERICA;
WARDEN FNU MEDLIN, Wheeler Correctional Facility;
P.A. FNU FRY; and GEORGIA COMPOSITE MEDICAL
BOARD, for Wheeler Correctional Facility,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on March 30, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this civil action is DISMISSED and stands CLOSED.

March 30, 2015                                          Scott L. Poff
*Date*                                                                   *Clerk*

                                                                                             *(By) Deputy Clerk*